MARY KATE SULLIVAN (State Bar No. 180203)
ALISA A. GIVENTAL (State Bar No. 273551)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNN DIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00227-MCE-DB<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND ORDER THEREON**<br><br>Complaint Served: February 2, 2018<br>Orig. Response Deadline: February 23, 2018<br>New Response Deadline: March 23, 2018<br>Prop. Response Deadline: April 23, 2018 |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Lynn Diggs ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant"), hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1. Plaintiff served the Complaint on February 2, 2018;

2. Defendant's deadline to respond to the Complaint was February 23, 2018;

3. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to March 23, 2018;

4. Plaintiff and Defendant are engaged in settlement discussions and believe that they can resolve their dispute if an additional 31-day extension is granted by the Court;

5. Plaintiff and Defendant therefore move jointly to extend for the second time

Defendant's deadline to respond to the Complaint to April 23, 2018.

DATED: March 22, 2018         SAGARIA LAW, P.C.

                              By:    */s/ Elliot W. Gale*
                                     Elliot W. Gale

                              Attorneys for Plaintiff LYNN DIGGS


DATED: March 22, 2018         SEVERSON & WERSON
                              A Professional Corporation

                              By:    */s/ Alisa A. Givental*
                                     Alisa A. Givental

                              Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot Gale has concurred in this filing.

                              By:    */s/ Alisa A. Givental*

## **ORDER**

Pursuant to the joint motion of plaintiff Lynn Diggs and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to April 23, 2018. No other deadlines shall be affected by this Order.

**IT IS SO ORDERED.**

**Dated: March 28, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE