1  MARY KATE SULLIVAN (State Bar No. 180203)
   ALISA A. GIVENTAL (State Bar No. 273551)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendants
6  WELLS FARGO BANK, N.A.

7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10 | LYNN DIGGS,                                    | Case No. 2:18-cv-00227-MCE-DB
11 |       Plaintiff,                               | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER**
12 | vs.                                            | Complaint Served:       February 2, 2018
13 | EXPERIAN INFORMATION SOLUTIONS,                | Orig. Response Deadline: February 23, 2018
   | INC.; WELLS FARGO BANK, N.A.; and              | New Response Deadline:  March 23, 2018
14 | DOES 1 through 100, inclusive,                 | New Response Deadline:  April 23, 2018
   |                                                | Prop. Response Deadline: May 23, 2018
15 |       Defendants.                              |

16

17       Pursuant to United States District Court, Eastern District of California, Civil Local Rule

18 144(a), which requires Court approval for any extension to respond to the initial complaint beyond

19 28 days, plaintiff Lynn Diggs ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant"),

20 hereby jointly move for an extension for Defendant to file its responsive pleading based on the

21 following facts:

22       1.    Plaintiff served the Complaint on February 2, 2018;

23       2.    Defendant's deadline to respond to the Complaint was February 23, 2018;

24       3.    Plaintiff and Defendant entered into a stipulation to postpone the response deadline to

25 March 23, 2018;

26       4.    Plaintiff and Defendant are engaged in settlement discussions and jointly moved to

27 extend the response deadline to April 23, 2018, which request was granted;

28       5.    Plaintiff and Defendant are continuing settlement discussions and believe that they can

resolve their dispute if an additional 30-day extension is granted by the Court;

6. Plaintiff and Defendant therefore move jointly to extend for the third time Defendant's deadline to respond to the Complaint to May 23, 2018.

DATED: April 20, 2018                                SAGARIA LAW, P.C.

By: _____*/s/ Elliot W. Gale*_____
Elliot W. Gale

Attorneys for Plaintiff LYNN DIGGS

DATED: April 20, 2018                                SEVERSON & WERSON
                                                     A Professional Corporation

By: _____*/s/ Alisa A. Givental*_____
Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot Gale has concurred in this filing.

By: ___*/s/ Alisa A. Givental*___

**ORDER**

Pursuant to the joint motion of plaintiff Lynn Diggs and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to May 23, 2018. No other deadlines shall be affected by this Order.

**IT IS SO ORDERED.**

.Dated: April 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

08999.0223/11185530.1                        2                        2:18-cv-00227-MCE-DB
                                          JOINT MOTION TO EXTEND DEADLINE TO
                                          RESPOND TO COMPLAINT; ORDER