Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Lynn Diggs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| LYNN DIGGS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>　　　　Defendants. | Case No.: 2:18-cv-00227-MCE-DB<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE